James Sweeney
Reg. No.: 58827-066
U.S. Penitentiary - MAX
P.O. Box 8500
Florence, Co. 81226-8500

Clerk of The Court
U.S. District Court
Eastern District of Texas (Beaumont)
300 Willow St., Suite 104
Beaumont, Texas 77701

    Ref: Case No.: 1:12-CR-00105
    U.S. v. James Sweeney

Dear Clerk of The Court,

    I'm writing to request a copy of the following documents in relation to the above case:

    1) Docket #12, Motion to withdraw plea Agreement, filed on 2/6/2013.

    2) Docket #17, letter and statement of facts to support 12 Motion to

withdraw plea agreement, filed on 2/19/2013.

3) Docket #18, copies to the court of letters to Gary Bonvenux, filed on 2/21/2013.

I'm not sure if there is a fee, if there is I will agree to pay the cost for the copies.
Thank you.

Sincerely,
James Sweeney
James Sweeney
Reg. No.: 58527-066
August 10, 2020

Name: James Sweeney
Reg. No.: 58827-066
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

Clerk of The Court,
U.S. District Court
Eastern District of Texas (Beaumont)
300 Willow St, Suite 104
Beaumont, Texas 77701



CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 17 2020
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

7770182217 C060

* Legal Mail *